UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ARTEAGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No. 1:25-cv-00357-KES-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO IDENTIFY JOHN DOE DEFENDANT (ECF No. 8)<br><br>AND<br><br>ORDER GRANTING PLAINTIFF SUA SPONTE EXTENSION TO PAY THE FILING FEE OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* UNTIL **MAY 8, 2025** |

　　　　Plaintiff Jose O. Arteaga is a state prisoner proceeding *pro se* in this civil rights action on claims severed from another Plaintiff's case pending in this district, *Arteaga v. Garcia*, *et al.*, 1:22-cv-1292-KES-EPG (PC) (E.D. Cal.).

　　　　Before the Court is Plaintiff's motion titled "Motion for Extension of Time to Provide the Court with John Doe's Real Name." (ECF No. 8). Plaintiff states that he makes this second request for additional time to get John Doe's real official name and asks for additional time to amend his complaint. (*Id.* at 1). Plaintiff also references his other case, *Arteaga v. Garcia*, *et*

*al.*, 1:22-cv-1292-KES-EPG (PC) (E.D. Cal.), in the same motion, and appears to seek extensions of time for motions in that case. (*Id.* at 2).

On March 25, 2025, the Court issued an order (ECF No. 5) severing certain claims from Plaintiff's previous action, and directed him to pay the filing fee or submit an application to proceed *in forma pauperis* in this new case within 30 days, on or before April 24, 2025. That deadline has passed, and Plaintiff has not done either. Out of abundance of caution, the Court will grant Plaintiff a sua sponte 14-day extension—**until May 8, 2025**—to either pay the filing fee or submit an application to proceed *in forma pauperis*. **Plaintiff's case cannot proceed** unless the filing fee is paid, or Plaintiff is granted leave to proceed without prepayment of fees.

For this reason, the Court will deny Plaintiff's motion (ECF No. 8) as premature. The Court may not consider Plaintiff's motion to amend or extend time to identify defendants until either the filing fee is paid, or Plaintiff has established he is entitled to proceed without prepayment of fees. Moreover, the time to identify John Doe defendant(s) in this case has not yet begun to run. To the extent Plaintiff's motion seeks extensions of deadlines in his other case, he needs to file a separate motion referencing **only** that case number in the caption and seeking relief **only** for that proceeding.

Accordingly, **IT IS ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 8) is **DENIED**.
2. The Clerk of Court is directed to send Plaintiff an application to proceed *in forma pauperis* and a copy of the Court's March 25, 2025 order (ECF No. 5), directing Plaintiff to pay the filing fee or apply to proceed *in forma pauperis* within 30 days.
3. Plaintiff is granted a sua sponte extension of 14 days, until **May 8, 2025**, to comply with the Court's March 25, 2025 order and either pay the filing fee or submit an application to proceed *in forma pauperis.*
4. Plaintiff is ordered to file any motions seeking relief in a different case separately, using appropriate case name and number in the caption.

///

5. **Failure to comply with this order may result in the dismissal of this action.**

IT IS SO ORDERED.

Dated:   **April 29, 2025**                   /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE