**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE O. ARTEAGA,<br>Plaintiff,<br>v.<br>JOHN DOES #2-15,<br>Defendants. | Case No. 1:25-cv-00357 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 24 |

Jose O. Arteaga seeks to hold John Doe defendants liable for violations of his civil rights, including for events after Arteaga's placement in administrative segregation in February 2019.[1] *See generally* Docs. 1, 5. The magistrate judge screened the complaint and found Arteaga failed to state any cognizable claims against Doe defendants. Doc. 17. Arteaga was granted leave to amend and was also informed that, alternatively, he could notify the Court that he wished to stand on the complaint. *Id.*

On April 2, 2026, Arteaga filed a Motion to Proceed Against Doe's Real Name and Stand on Original Claims. Doc. 21. The magistrate judge reviewed the motion and found that it did not

[1] On February 25, 2025, the Court ordered in case no. 1:22-cv-01292 EPG that "Plaintiff's claims against John Doe defendants based on events after plaintiff's placement in administrative segregation in February 2019 [Doc. 1 at p. 14-21] shall be severed from th[e] action and proceed in a new action." Doc. 5 at p. 2. This new action was opened to address the severed claims. *Id.*

relate to the claims pending in this case and provided leave for Arteaga to file an amended complaint concerning the issues of administrative segregation. Doc. 22. Granting additional time, the magistrate judge ordered that Arteaga "must file an amended complaint until **no later than May 4, 2026**." *Id.* The magistrate judge warned that "[o]therwise, the Court will recommend dismissal of the complaint for the reasons stated in its Screening Order." *Id.* (emphasis in original).

The extended deadline to respond to the Screening Order has expired, and Arteaga has not filed an amended complaint or notified the Court that he wishes to stand on the complaint.

On May 20, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending dismissal with prejudice for failure to state a claim. Doc. 24 at 2-10. The magistrate judge also found Arteaga failed to prosecute the action and failed to comply with the Court's order, for which terminating sanctions were appropriate. *Id.* at 10-12. The Court served these findings and recommendations on Arteaga with a notice that any objections were to be filed within 30 days. *Id.* at 12. Arteaga did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued May 20, 2026 (Doc. 24) are ADOPTED in full.
2. This action is DISMISSED with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 19, 2026

UNITED STATES DISTRICT JUDGE